UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN WILBORN,
    Petitioner,

v.                                   CIVIL ACTION NO.
                                           15-12827-RGS

KELLY RYAN,
    Respondent.

**ORDER TO EXPAND THE RECORD**

**June 29, 2016**

**BOWLER, U.S.M.J.**

On or before July 12, 2016, respondent Kelly Ryan ("respondent") is directed to file the following documents: (1) a copy of a December 21, 2001 decision by a single justice of the Massachusetts Supreme Judicial Court on a petition for leave to appeal to the full court a denial of a fourth new trial motion (Docket Entry # 34, Add. 11, Docket Entry # 116); and (2) a March 2, 2011 Memorandum and Order by the trial court denying a sixth new trial motion (Docket Entry # 34, Add. 11, Docket Entry # 139).

                                                /s/ Marianne B. Bowler
                                               **MARIANNE B. BOWLER**
                                               United States Magistrate Judge